UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RONALD WESLEY SIMS, | ) | |
| Plaintiff, | ) | No. CV 13-1548 DDP (AJW) |
| v. | ) | |
| OFFICER K. LEE, et al., | ) | J U D G M E N T |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

Dated: October 3, 2013

_____
DEAN D. PREGERSON
United States District Judge